1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX DUAIN FORESTER, an individual; MICHAEL ROBERT HICKS, an individual; YARDEN MOSHE MONY KRAMPF, an individual; CHRISTOPHER BYUNGIN LEE, an individual; SEAN ANDREW O'NEAL, an individual; MICHAEL ROY RAYNOR, an individual; and LEE SOBEL, an individual,<br><br>Defendants. | Case No.: CV 20-9813-DMG (AFMx)<br><br>**FINAL JUDGMENT AS TO DEFENDANT CHRISTOPHER BYUNGIN LEE [74] [77]** |

This matter came before the Court on plaintiff United States Securities and Exchange Commission's ("Commission's") Renewed Motion for Default Judgment Against Defendants Christopher Byungin Lee (herein, "Defendant") and Sean Andrew O'Neal [Doc. # 77]. The Court, having considered all the evidence and arguments presented by the parties with regard to the Motion, Plaintiffs' Memorandum of Points and

-1-

1  Authorities in support of the Motion, all other documents filed in support of the Motion,

2  and the record in this action, finds that:

3                                          I.

4        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the

5  Commission's Renewed Motion for Default Judgment Against Defendant Christopher

6  Byungin Lee is GRANTED.

7                                          II.

8        IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that

9  Defendant is permanently restrained and enjoined from violating, directly or indirectly,

10  Section 15(a)(1) of the Exchange Act [15 U.S.C. § 78o(a)(1)] by using any means or

11  instrumentality of interstate commerce, or of the mails, or of any facility of any national

12  securities exchange, to effect transactions in, or induce or attempt to induce the purchase

13  or sale of, securities while not registered with the Commission as a broker or dealer or

14  while not associated with an entity registered with the Commission as a broker or dealer.

15        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in

16  Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the

17  following who receive actual notice of this Judgment by personal service or otherwise:

18  (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other

19  persons in active concert or participation with Defendant or with anyone described in (a).

20                                         III.

21        IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that

22  Defendant is permanently restrained and enjoined from, directly or indirectly, including,

23  but not limited to, through any entity owned or controlled by Defendant, soliciting any

24  person or entity to purchase or sell any security.

25        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in

26  Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the

27  following who receive actual notice of this Judgment by personal service or otherwise:

28

1   (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other

2   persons in active concert or participation with Defendant or with anyone described in (a).

3                                        IV.

4        IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that

5   Defendant Christopher Byungin Lee shall pay a civil penalty in the amount of

6   $1,144,061.81 to the Securities and Exchange Commission pursuant to Section 21(d)(3)

7   of the Exchange Act [15 U.S.C. § 78u(d)(3)].  Defendant shall make this payment within

8   30 days after entry of this Final Judgment.

9        Defendant may transmit payment electronically to the Commission, which will

10   provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be

11   made directly from a bank account via Pay.gov through the SEC website at

12   http://www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified check,

13   bank cashier's check, or United States postal money order payable to the Securities and

14   Exchange Commission, which shall be delivered or mailed to

15        Enterprise Services Center

16        Accounts Receivable Branch

17        6500 South MacArthur Boulevard

18        Oklahoma City, OK 73169

19   and shall be accompanied by a letter identifying the case title, civil action number, and

20   name of this Court; Christopher Byungin Lee as a defendant in this action; and specifying

21   that payment is made pursuant to this Final Judgment.

22        Defendant shall simultaneously transmit photocopies of evidence of payment and

23   case identifying information to the Commission's counsel in this action. By making this

24   payment, Defendant relinquishes all legal and equitable right, title, and interest in such

25   funds and no part of the funds shall be returned to Defendant.  The Commission shall

26   send the funds paid pursuant to this Final Judgment to the United States Treasury.

27        The Commission may enforce the Court's judgment for penalties by the use of all

28   collection procedures authorized by law, including the Federal Debt Collection

1 | Procedures Act, 28 U.S.C. § 3001 *et seq.*, and moving for civil contempt for the violation

2 | of any Court orders issued in this action. Defendant shall pay post-judgment interest on

3 | any amounts due after 30 days of the entry of this Final Judgment pursuant to 28 USC §

4 | 1961.

5 | V.

6 | IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that,

7 | solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy

8 | Code, 11 U.S.C. § 523, the allegations in the complaint are true and admitted by

9 | Defendant, and further, any debt for disgorgement, prejudgment interest, civil penalty or

10 | other amounts due by Defendant under this Final Judgment or any other judgment, order,

11 | consent order, decree or settlement agreement entered in connection with this proceeding,

12 | is a debt for the violation by Defendant of the federal securities laws or any regulation or

13 | order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code,

14 | 11 U.S.C. § 523(a)(19).

15 | VI.

16 | IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that this

17 | Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this

18 | Final Judgment.

19 | VII.

20 | There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of

21 | Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without

22 | further notice.

23 |

24 | DATED:  July 18, 2022

25 | DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

26 |

27 |

28 |

-4-