**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>ALEX DUAIN FORESTER, an individual; MICHAEL ROBERT HICKS, an individual; YARDEN MOSHE MONY KRAMPF, an individual; CHRISTOPHER BYUNGIN LEE, an individual; SEAN ANDREW O'NEAL, an individual; MICHAEL ROY RAYNOR, an individual; and, LEE SOBEL, an individual,<br><br>  Defendants. | **Case No.: CV 20-9813 DMG (AFMx)**<br><br>**FINAL JUDGMENT AS TO DEFENDANTS ALEX DUANE FORESTER AND MICHAEL ROBERT HICKS [84]** |

1

This matter came before the Court on Plaintiff United States Securities and Exchange Commission's ("Commission's") Renewed Motion for Final Judgment Against Defendants Alex Duain Forester, Michael Robert Hicks, and Yarden Moshe Mony Krampf. [Doc. # 84.] Defendants Forester and Hicks have not filed any opposition or otherwise responded. The Court previously issued an Order on February 23, 2022 granting the Commission's motion for monetary relief against Defendants Forester and Hicks. [Doc. # 76.] Due to an administrative oversight, the Court failed to enter the Final Judgment as to these defendants as it indicated it would. Therefore, the Court, having considered all the evidence and arguments presented in Plaintiffs' Memorandum of Points and authorities in support of the Renewed Motion, and the record in this action, finds that:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commission's Renewed Motion for Final Judgment against Defendants Alex Duain Forester and Michael Robert Hicks is GRANTED.

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendants Forester and Hicks are permanently restrained and enjoined from violating, directly or indirectly, Section 15(a)(1) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78o(a)(1)] by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, to effect transactions in, or induce or attempt to induce the purchase or sale of, securities while not registered with the Commission as a broker or dealer or while not associated with an entity registered with the Commission as a broker or dealer.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Judgment by personal service or otherwise: (a) Defendants Forester's and Hicks' officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendants Forester and Hicks or with anyone described in (a).

III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants are permanently restrained and enjoined from, directly or indirectly, including, but not limited to, through any entity owned or controlled by Defendant, soliciting any person or entity to purchase or sell any security.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Judgment by personal service or otherwise: (a) Defendants Forester's and Hicks' officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendants or with anyone described in (a).

IV.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Alex Duain Forester shall pay a civil penalty in the amount of $349,875.00 and Defendant Michael Robert Hicks shall pay a civil penalty in the amount of $180,570 to the Securities and Exchange Commission pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]. Defendants shall make this payment within 30 days after entry of this Final Judgment.

Defendants may transmit payment electronically to the Commission, which

will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendants may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

    Enterprise Services Center

    Accounts Receivable Branch

    6500 South MacArthur Boulevard

    Oklahoma City, OK 73169

and shall be and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Alex Duain Forester and Michael Robert Hicks as defendants in this action; and specifying that payment is made pursuant to this Final Judgment.

    Defendants shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendants relinquish all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendants. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

    The Commission may enforce the Court's judgment for penalties by the use of all collection procedures authorized by law, including the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001 *et seq.*, and moving for civil contempt for the violation of any Court orders issued in this action. Defendants shall pay post-judgment interest on any amounts due after 30 days of the entry of this Final Judgment pursuant to 28 USC § 1961.

V.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. § 523, the allegations in the complaint are true and admitted by Defendants, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Defendants under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by Defendants of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19).

VI.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

VII.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

DATED: September 21, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE